1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

RAYMOND A. GARRETT,

     Petitioner,

vs.

BRIAN E. WILLIAMS, *et al.*,

     Respondents.

Case No. 2:15-cv-00186-RCJ-CWH

**ORDER**

     Pursuant to this court's order, petitioner has now paid the filing fee for his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (*see* ECF #3). The court has reviewed the petition pursuant to Habeas Rule 4, and the petition shall be docketed and served.

     A petition for federal habeas corpus should include all claims for relief of which petitioner is aware. If petitioner fails to include such a claim in his petition, he may be forever barred from seeking federal habeas relief upon that claim. *See* 28 U.S.C. §2254(b) (successive petitions). If petitioner is aware of any claim not included in his petition, he should notify the court of that as soon as possible, perhaps by means of a motion to amend his petition to add the claim.

     **IT THEREFORE IS ORDERED** that the Clerk shall **FILE** and **ELECTRONICALLY SERVE** the petition (ECF #1-1) on the respondents.

     **IT FURTHER IS ORDERED** that respondents shall file a response to the petition, including potentially by motion to dismiss, within **ninety (90) days** of service of the petition, with any requests

1   for relief by petitioner by motion otherwise being subject to the normal briefing schedule under the local

2   rules.  **Any response filed shall comply with the remaining provisions below, which are entered**

3   **pursuant to Habeas Rule 4.**

4     **IT FURTHER IS ORDERED** that any procedural defenses raised by respondents in this case

5   shall be raised together in a single consolidated motion to dismiss.  In other words, the court does not

6   wish to address any procedural defenses raised herein either in *seriatum* fashion in multiple successive

7   motions to dismiss or embedded in the answer.  Procedural defenses omitted from such motion to

8   dismiss will be subject to potential waiver.  Respondents shall not file a response in this case that

9   consolidates their procedural defenses, if any, with their response on the merits, except pursuant to 28

10  U.S.C. § 2254(b)(2) as to any unexhausted claims clearly lacking merit.  If respondents do seek

11  dismissal of unexhausted claims under § 2254(b)(2): (a) they shall do so within the single motion to

12  dismiss **not** in the answer; and (b) they shall specifically direct their argument to the standard for

13  dismissal under § 2254(b)(2) set forth in *Cassett v. Stewart*, 406 F.3d 614, 623-24 (9th Cir. 2005).  In

14  short, no procedural defenses, including exhaustion, shall be included with the merits in an answer.  All

15  procedural defenses, including exhaustion, instead must be raised by motion to dismiss.

16    **IT FURTHER IS ORDERED** that, in any answer filed on the merits, respondents shall

17  specifically cite to and address the applicable state court written decision and state court record

18  materials, if any, regarding each claim within the response as to that claim.

19    **IT FURTHER IS ORDERED** that petitioner shall have **thirty (30) days** from service of the

20  answer, motion to dismiss, or other response to file a reply or opposition, with any other requests for

21  relief by respondents by motion otherwise being subject to the normal briefing schedule under the local

22  rules.

23    **IT FURTHER IS ORDERED** that any additional state court record exhibits filed herein by

24  either petitioner or respondents shall be filed with a separate index of exhibits identifying the exhibits

25  by number.  The CM/ECF attachments that are filed further shall be identified by the number or

26

27

28

1   numbers of the exhibits in the attachment.  The hard copy of any additional state court record exhibits

2   shall be forwarded – for this case – to the staff attorneys in **Reno**.

3

4        Dated: June 1, 2015.

5                                                                 UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-