# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RAYMOND A. GARRETT,

    Petitioner,

vs.

BRIAN E. WILLIAMS, *et al.*,

    Respondents.

Case No. 2:15-cv-00186-RCJ-CWH

**ORDER**

    This is a *pro se* habeas action pursuant to 28 U.S.C. § 2254. On September 1, 2015, respondents moved to dismiss the petition as untimely (ECF No. 10). On October 8, 2015, petitioner filed a motion for voluntary dismissal (ECF No. 15). Petitioner requests that the court dismiss his petition and states that he brings this motion with "free will and understanding" and no longer wishes to "appeal" in this case. *Id*. at 2. Accordingly, the court grants petitioner's motion and dismisses the petition without prejudice pursuant to Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

    **IT THEREFORE IS ORDERED** that petitioner's voluntary motion to dismiss the petition (ECF No. 15) is **GRANTED**. The petition is dismissed without prejudice.

    **IT IS FURTHER ORDERED** that petitioner's motion for appointment of counsel (ECF No. 9) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that respondents' motion to dismiss (ECF No. 10) is **DENIED** as moot.

**IT FURTHER IS ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED: This 9th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE